IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

|  |  |
|---|---|
| JANELLE STIMSON, ) | |
| ) | |
| Petitioner, ) | Case No. CV O5-343-N-MHW |
| ) | |
| v. ) | **JUDGMENT** |
| ) | |
| JO ANNE B. BARNHART, Commissioner ) of Social Security Administration, ) | |
| ) | |
| Respondent. ) | |

Pursuant to the Court's Memorandum Decision and Order, which REVERSED the Commissioner's second decision, Judgment is hereby entered in favor of the PETITIONER, and the case is REMANDED for a determination of benefits between August, 1999, and June, 2003.

DATED: **September 30, 2006**

*[signature]*

Honorable Mikel H. Williams
United States Magistrate Judge

**Judgment - Page 1**